UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAMON TAYLOR,

    Plaintiff,

v.

GEORGE JAIME, et al.,

    Defendants.

Case No. 25-cv-04779-PCP

**ORDER OF TRANSFER**

Namon Taylor filed this *pro se* civil rights action complaining about the conditions of confinement at the California City Correctional Facility (CCCF) in California City, California, where he was previously incarcerated. *See* Dkt. Nos. 4, 7. CCCF lies within the Eastern District of California. 28 U.S.C. § 84(b). The acts complained of in this lawsuit occurred in the Eastern District of California, and defendants are located in that District.

Because the defendants reside and the events at issue occurred in the Eastern District of California, venue would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: November 26, 2025

P. Casey Pitts
United States District Judge