**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAMON TAYLOR,<br>Plaintiff,<br>v.<br>GEORGE JAIME, *et al.*,<br>Defendants. | No. 1:25-cv-01791-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 25 |

Namon Taylor is a former state prisoner who asserts he suffered violations of his civil rights while housed at California City Correctional Facility. *See* Doc. 7. The magistrate judge screened the second amended complaint and found Taylor stated a cognizable claim against defendants Phan and Jane Doe for violation of the Eighth Amendment related to his conditions of confinement. Doc. 21 at 8. The magistrate judge found all other claims against any other defendants were not cognizable. *Id.* at 11. The magistrate judge permitted Taylor to file a third amended complaint or notify the court of his willingness to proceed only on the cognizable claim identified by the court within 30 days. *Id.* at 12. Taylor notified the court that he did not intend to amend his complaint and that he was willing to proceed only on the cognizable claim.[1]

[1] Taylor noted his belief that defendant T. Micheal should also be held liable, for his part in reviewing Taylor's initial 602 and denying that a violation had occurred, but Taylor stated he was willing to proceed on only the claim found cognizable by the court. *See* Doc. 23.

Doc. 23.

Following Taylor's notice, the magistrate judge recommended that the action proceed only on the identified Eighth Amendment conditions of confinement claim against defendants Phan and Jane Doe, and that all other claims and defendants be dismissed for failure to state a claim. Doc. 25. The court served the findings and recommendations on Taylor and informed him that any objections were due within 14 days. *Id.* at 10. Taylor did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, the court ORDERS:

1. The findings and recommendations issued on June 10, 2026 (Doc. 25) are ADOPTED in full.
2. This action SHALL proceed only on Taylor's second amended complaint against defendants Phan and Jane Doe related to his conditions of confinement in violation of the Eighth Amendment.
3. All other claims and defendants are DISMISSED from this action for failure to state claims upon which relief may be granted.
4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE