# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NAMON TAYLOR,

Plaintiff,

v.

GEORGE JAIME, *et al.*,

Defendants.

Case No. 1:25-cv-01791-KES-BAM (PC)

ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JANE DOE FOR SERVICE OF PROCESS

**NINETY (90) DAY DEADLINE**

Plaintiff Namon Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 27, 2027, the Court ordered that this action proceed on Plaintiff's second amended complaint against Defendants Phan and Jane Doe related to his conditions of confinement in violation of the Eighth Amendment. (ECF No. 26.) By separate order, the Court has directed service of the second amended complaint on Defendant Phan.

At this time, the Court does not find service appropriate for Defendant Jane Doe because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendant Jane Doe, Plaintiff will be required to identify her with enough information to locate the defendant for service of process. Once Plaintiff identifies Defendant Jane Doe for service, he should file a motion to substitute the identity of Defendant Jane Doe in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendant

Jane Doe. However, if Plaintiff fails to identify Defendant Jane Doe, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant Jane Doe that provides the Court with enough information to locate her for service of process; and
2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE